UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13
STEVEN J. HARDT
XIRA Z. RIVERA-HARDT  CASE NO. 10-76063

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   BAC Home Loans Servicing LP   **Court claim #: 4**

**Last four digits** of any number used to identify the debtor's account: 4548

*Final Cure Amount*

| | | |
|---|---|---|
| Amount of Prepetition Arrears | $25,032.96 | (Per Creditor's Proof of Claim) |
| | +   395.00 | (Cost of Collection) |
| Total | $25,427.96 | |
| Amount Paid by Trustee | $10,309.94 | (Allowed Amount) |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  3/26/2014          /s/Lydia S. Meyer
                           Lydia S. Meyer, Trustee
                           308 W. State St., Suite 212
                           Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 26th Day of March, 2014.

Dated:  3/26/2014          /s/Cynthia K. Burnard

BACK HOME LOANS SERVICING LP
PO BOX 650070
DALLAS, TX  75265-0070

CODILIS & ASSOCIATES
BANKRUPTCY DEPT.
15W030 N. FRONTAGE ROAD, SUITE 100
BURR RIDGE, IL  60527

BAC HOME LOANS SERVICING LP
BANKRUPTCY DEPT   MS CA6-919-01-23
400 NATIONAL WAY
SIMI VALLEY, CA 93065

STEVEN J. HARDT
XIRA Z. RIVERA-HARDT
1259 EDG$ PLACE
MACHESNEY PARK, IL  61115

BALSLEY & DAHLBERG LLP
5130 NORTH SECOND STREET
LOVES PARK, IL  61111